UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                          Plaintiff,

         -against-

FRANCISLEY VALDEVINO DA SILVA,
RAMON ANTONIO PEREZ ARIAS, JUAN
ANTONIO TACURI FAJARDO, AND JOSE
RAMIRO CORONADO REYES,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __6/1/2026____

22 Civ. 10534 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 14, 2023, the Government filed a motion to intervene in this action pursuant to Federal Rule of Civil Procedure 24 and stay the matter in its entirety until the conclusion of the case *United States v. Francisley da Silva*, 22 Cr. 622-1.  ECF No. 30 in 22 Civ. 10534.  On February 22, 2023, the Court granted the Government's motion and stayed this action "until the completion of the parallel criminal case."  Order at 2, ECF No. 34 in 22 Civ. 10534.  Defendant Francisley Valdevino da Silva has not appeared in the United States with respect to the criminal case.  *See, e.g.*, ECF No. 65 in 22 Cr. 622.  The remaining Defendants have been sentenced.[1]  *See* ECF Nos. 120, 141, 163, 169, 189 in 22 Cr.622.

Accordingly, by **June 15, 2026**, the parties shall file a joint status update in this matter.

SO ORDERED.

Dated: June 1, 2026
       New York, New York

_____
       ANALISA TORRES
  United States District Judge

---

[1] On May 14, 2026, the United States Court of Appeals for the Second Circuit affirmed the Court's judgment against Defendant Juan Antonio Tacuri Fajardo.  *See United States v. Juan Tacuri*, No. 24-2889-Cr (2d. Cir. May 14, 2026).