UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                  Plaintiff,

        -against-

FRANCISLEY VALDEVINO DA SILVA,
RAMON ANTONIO PEREZ ARIAS, JUAN
ANTONIO TACURI FAJARDO, AND JOSE
RAMIRO CORONADO REYES,

                  Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:   6/23/2026 |

22 Civ. 10534 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the Securities and Exchange Commission's status update in this matter, ECF No. 45, as well as the Government's letter filed *ex parte* and under seal dated June 15, 2026, *see* ECF No. 44 at 2.  The stay of discovery and all other deadlines shall remain in effect pending further order of this Court.  By **September 21, 2026**, the Securities and Exchange Commission and the Government shall each file a status update in this matter.

      SO ORDERED.

Dated: June 23, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge